**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**JUDY PYATT,**

    **Plaintiff,**

v.

        Civil Action 2:09-cv-00475
        Judge Algenon L. Marbley
        Magistrate Judge E.A. Preston Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 21, 2010 Order, the Report and Recommendation is ADOPTED. Defendant's Objections are OVERRULED. The Court REMANDS the decision of the Commissioner of Social Security for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

Date: **September 21, 2010**        **James Bonini, Clerk**

                                                s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk